UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**Thomas Paul Lovey**

    v.                             Case No. 13-cv-417-PB

**Verizon New England, Inc. et al.**

**O R D E R**

I have preliminarily reviewed the complaint in this case and have determined that it appears to state at least one viable claim over which the court has jurisdiction. Accordingly, I direct the complaint to be served without prejudice to the defendant's right to later seek to have the complaint dismissed.

    SO ORDERED.

                                       /s/Paul Barbadoro
                                       Paul Barbadoro
                                       United States District Judge

April 8, 2014

cc:   Thomas Paul Lovey, pro se