**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Thomas Paul Lovy | 13-cv-417-PB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Verizon New England, Inc. | Complaint, Order, Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:
CT Corporation for Verizon New England, Inc.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
9 Capital Street, Concord, NH 03301    29 School St Concord, NH

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Clerk of Court
United States District Court
55 Pleasant Street, Rm 110
Concord, NH 03301

| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

RECEIVED U.S. MARSHAL CONCORD, NH 2014 APR 10

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 603-226-7733
DATE: 4/8/14

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 2 | District of Origin No. 49 | District to Serve No. 49 | Signature of Authorized USMS Deputy or Clerk | Date: 4/10/14 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Diane Fenton @ CT corp

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):
29 School St Concord, NH

Date: 4/18/14   Time: 1650 ☐ am ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee $65.00 | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges $65 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $65.00 |

REMARKS:



PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

RECEIVED
U.S. MARSHAL
CONCORD, NH
2014 APR 10 AM 7 32

# UNITED STATES DISTRICT COURT
for the

District of

)
)
)
THOMAS Paul Lovy )
_____ )
Plaintiff(s) )
v. ) Civil Action No. 1:13-CV-00417-PB
)
)
)
)
VERIZON NEW ENGLAND INC. ETAL )
_____ )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

VERIZON NEW ENGLAND INC.
SERVE: CT CORPORATION
9 CAPITAL STREET
CONCORD, N.H. 03301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: April 8, 2014

DANIEL LYNCH Clerk

By Luis Negron, Deputy Clerk

**with ECF Notice attached.**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CT Corp. for Verizon
was received by me on *(date)* Apr 10, 2014.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Diane Fenton , who is
designated by law to accept service of process on behalf of *(name of organization)* CT Corp.
@ 29 School St office - Concord NH on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____

My fees are $ _____ for travel and $ 65 — for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 4/18/14

*Server's signature*

Gregory Murero DJSM
*Printed name and title*

55 Pleasant St Concord, NH 03301
*Server's address*

Additional information regarding attempted service, etc: