# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| Thomas Paul Lovy | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:13-cv-417-PB |
| Verizon New England, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Communication Workers of America Local 1400, Communication Workers of America, District 1, and Communication Workers of America

Date: 05/01/2014

/s/Heather M. Burns
*Attorney's signature*

Heather M. Burns (NHBA #8799)
*Printed name and bar number*

10 Centre Street, PO Box 1090
Concord, NH 03301

*Address*

hburns@uptonhatfield.com
*E-mail address*

(603) 224-7791
*Telephone number*

(603) 224-0320
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Conventionally Served:

Thomas Paul Lovy, PO Box 1142, Londonderry, NH 03053-1142

| 05/01/2014 | /s/Heather M. Burns |
|---|---|
| Date | Signature |