UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Thomas Paul Lovy</u>

v.  Civil No. 13-cv-417-PB

<u>Verizon New England, Inc., et al</u>

# **J U D G M E N T**

In accordance with orders by Judge Paul Barbadoro dated July 15, 2014, and January 28, 2015, judgment is hereby entered.

By the Court,

/s/ Daniel J. Lynch
Daniel J. Lynch
Clerk of Court

Date: January 29, 2015

cc:   Thomas Paul Lovy, pro se
      Arthur G. Telegen, Esq.
      Brian L. Michaelis, Esq.
      Kelsey P. Montgomery, Esq.
      Lauren S. Irwin, Esq.
      Heather M. Burns, Esq.
      James A.W. Shaw, Esq.
      Shelley B. Kroll, Esq.